IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

JAMES F. BRADLEY,
        Petitioner,
     v.                        Case No. 3:08-cv-285-KRG-KAP
PENNSYLVANIA BOARD OF PROBATION
AND PAROLE,
        Respondent

## MEMORANDUM ORDER

This matter was referred to Magistrate Judge Keith A. Pesto for proceedings in accordance with the Magistrates Act, 28 U.S.C.§ 636(b)(1), and subsections 3 and 4 of Local Rule 72.1 for Magistrate Judges.

The Magistrate Judge filed a Report and Recommendation on December 17, 2008, docket no. 3, recommending that the petitioner's petition for a writ of habeas corpus be denied and that a certificate of appealability be denied.

The parties were notified that pursuant to 28 U.S.C.§ 636(b)(1), they had ten days to serve and file written objections to the Report and Recommendation. Petitioner filed timely objections, docket no. 4, which are meritless.

After de novo review of the record of this matter together with the Report and Recommendation, and the timely objections thereto, the following order is entered:

AND NOW, this 29th day of December 2008, it is

ORDERED that the petitioner's petition for a writ of habeas corpus is denied. A certificate of appealability is denied. The Report and Recommendation is adopted as the opinion of the Court. The petitioner's motion for leave to proceed in forma pauperis, docket no. 6, is granted. The Clerk shall mark this matter closed.

BY THE COURT:

KIM R. GIBSON,
UNITED STATES DISTRICT JUDGE

Notice by U.S. Mail to:

    James E. Bradley FJ-8518
    S.C.I. Houtzdale
    P.O. Box 1000
    Houtzdale, PA 16698-1000